U.S. DISTRICT COURT
District of G...
Filed In Office

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHN C. CARTER, )
)
Plaintiff, )
)
v. ) CASE NO. CV417-143
)
SUPERINTENDENT MAURIO )
SINKFORD, Coastal Transition )
Center; OFFICER BRANDON )
WILLIAMS, Coastal Transition )
Center; ROBERT JUDKINS, Chief )
of Security, Coastal )
Transition Center; and )
COMMISSIONER OF GEORGIA )
DEPARTMENT OF CORRECTIONS; )
)
Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which objections have been filed (Doc. 7). After a careful de novo review of the record, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

In his objections, Plaintiff maintains that the Clerk of Court failed to provide him with a free, file-stamped

copy of his complaint, including attachments. (Id. at 1.) While unclear, Plaintiff seems to contend that this failure has somehow resulted in his inability to submit the Consent Form and Prison Trust Account Statement required by 28 U.S.C. § 1915(a)(2). However, the Eleventh Circuit "has never held that a prisoner's right of access to the courts entitles a prisoner-plaintiff, even one proceeding in forma pauperis, to free copies of court documents, including his own pleadings. Jackson v. Fla. Dep't of Fin. Servs., 479 F. App'x 289, 292-93 (11th Cir. 2012) (citing Harless v. United States, 329 F.2d 397, 398-99 (5th Cir. 1964) ("The statutory right to proceed in forma pauperis does not include the right to obtain copies of court orders, indictments, and transcript of record, without payment therefor, for use in proposed or prospective litigation.")).

Moreover, any failure to provide Plaintiff a copy of his complaint has no effect on his ability to comply with the Magistrate Judge's directive to return the required forms. The Court has provided Plaintiff ample opportunity to submit those forms, having previously granted Plaintiff an additional thirty days to comply with the Magistrate Judge's order. Plaintiff's continued failure to comply leads this Court to conclude that yet another exentension

2

is unwarranted in this case and that Plaintiff's complaint should be dismissed without prejudice.

SO ORDERED this 20th day of November 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA