# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

JOHN C. CARTER, )
)
    Plaintiff, )
)
v. ) CASE NO. CV417-143
)
SUPERINTENDENT MAURIO )
SINKFORD, Coastal Transition )
Center; OFFICER BRANDON )
WILLIAMS, Coastal Transition )
Center; ROBERT JUDKINS, Chief )
of Security, Coastal )
Transition Center; and )
COMMISSIONER OF GEORGIA )
DEPARTMENT OF CORRECTIONS; )
)
    Defendants. )
_____)

FILED
Scott L. Poff, Clerk
United States District Court

*By James Burrell at 3:40 pm, Jan 17, 2018*

## ORDER

Before the Court is Plaintiff John C. Carter's Motion to Re-Open Judgment and for New Trial. (Doc. 10.) While unclear, Plaintiff appears to request that this Court reconsider its prior order adopting the Magistrate Judge's Report and Recommendation, and dismissing his case. After careful consideration, the Court can find no reason to disturb its prior order. Plaintiff only had to return both the Prisoner Trust Account Statement and the Consent to Collection of Fees from Trust Account forms to avoid dismissal. Moreover, Plaintiff has still not submitted those forms. Finally, the Court dismissed his complaint

without prejudice, leaving him the option of timely refiling it prior to the expiration of any applicable statute of limitations. Accordingly, Plaintiff's construed Motion to Reconsider is **DENIED**.

In the motion, Plaintiff also makes passing reference to his inability to refile his complaint. It appears Plaintiff believes that he submitted with his original complaint the only copies of certain documents critical to his case. Based on this understanding, the Clerk of Court is **DIRECTED** to send Plaintiff a copy of his original complaint in this case (Doc. 1), including any attachments.

SO ORDERED this 17th day of January 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA